# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2015

Robert P. Young, Jr.,
Chief Justice

150876

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 150876
COA: 324115
Lenawee CC: 13-016749-FH;
13-016750-FH; 13-016751-FH;
13-016790-FH

DAVID ANTHONY FLORES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 2, 2014 order of the Court of Appeals is considered. We DIRECT the Lenawee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2015



Clerk

p0909